Jennifer Holland
Case number 19-11683-JDW
304 A Hwy 334
Oxford, MS 38655
May 14, 2019

FILED

MAY 2? 2019

Clerk, U.S. Bankruptcy Court
Northern District of Miss.

Clerk of Court
US Bankruptcy Court
Northern District of Mississippi
703 HWY 145 North
Aberdeen, MS 39730

Dear Clerk of Court:

I am writing you this letter of concern regarding my wage garnishment and how it is continuing to occur. The following are steps that I also took myself to prevent and further wage garnishment.

- April 19, 2019 I filed for chapter 7 bankruptcy
- April 19, 2019 I emailed a copy to my employer Plant Kinetics
- April 22, 2019 I faxed a copy of filing with case number to Jessica Underwood at Cash Express.
- May 1, 2019 I hand delivered a copy of filing to Cash Express in Pontotoc, MS where I actually took the payday loan out.
- May 10, 2019 my paycheck was still being garnished.

I spoke with Lauren at the Cash Express in Pontotoc, MS and she said they have not garnished my check since they received notice of my filing. I have documents that show my check is still being garnished. I have tried to get legal counsel but since I filed Pro Se no one is willing to help me. I have been on the phone several days trying to get answers as who is actually responsible for this to continue. Having said all of the above statements I feel like my "Automatic Stay" has been violated. I bringing this to your attention because since this has continued other problems have develop since the continuing of my garnishments. I am unable to pay my rent which now I have incurred late fees as well I could be possible facing an eviction.

Your time and attention to this matter is greatly appreciated. I'm not sure if this is even a violation of the "Automatic Stay" but I really do not wish this to happen to other individuals as it has to me. Your thoughts would greatly be appreciated.

Sincerely,

Jennifer Holland

TO Plant Kinetics
My employer

Jennifer Holland
jenniferh@plantkinetics.com

From:       Jennifer Holland jenniferh@plantkinetics.com
Sent:       Sun, 19 May 2019 14:14:18 -0500
To:         michard-law@printpoint.com
Subject:    Fwd: Document

JJ Holland
Plant Kinetics

Begin forwarded message:

From: Jennifer Holland <jenniferh@plantkinetics.com>
Date: April 19, 2019 at 3:14:33 PM CDT
To: Michelle Winters <mkwinters@plantkinetics.com>
Subject: Document

Since I filed this my garnishment should be stopped immediately. I know you will be receiving an official document very soon. Let me know if you need anything else. I really don't know how all of this works. So any input would greatly appreciated. If you need to call me please do.

334-734-0294

United States Bankruptcy Court
Northern District of Mississippi

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 04/19/2019 at 09:07 AM and filed on 04/19/2019.

**Jennifer Jane Holland**
304A Hwy 334
Oxford, MS 38655
SSN / ITIN: xxx-xx-1182



The bankruptcy trustee is:

**William L. Fava**
Post Office Box 783
Southaven, MS 38671
662-536-1116

The case was assigned case number 19-11683-JDW to Judge Jason D. Woodard.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.msnb.uscourts.gov or at the Clerk's Office, Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Shallanda J. Clay
Clerk, U.S. Bankruptcy
Court

TRANSMISSION VERIFICATION REPORT

```
                                TIME    : 04/22/2019 12:04
                                NAME    :
                                FAX     :
                                TEL     :
                                SER. #  : U63274D5J932211
```

```
DATE,TIME              04/22  12:03
FAX NO./NAME           18888514673
DURATION               00:01:01
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

The UPS Store #3164
1020 N. Gloster St.
Tupelo, MS 38804
662.840.7222 Tel
662.840.7301 Fax



# Fax Cover

## The UPS Store

To: Jessica Underwood    Cash Express
Fax #: 888 851 4673

Date: 4-22-19    # of Pages (including cover sheet):

From: Jennifer Holland    Phone #: 334 734 0294

Subject:

Please see the attached document. This should go into effect ASAP! Please call if you have any questions!

Thank you!

The UPS Store #3164
1020 N. Gloster St.
Tupelo, MS 38804
662.840.7222 Tel
662.840.7301 Fax



# Fax Cover

## The UPS Store

To: Jessica Underwood  Cash Express   Fax #: 888 851 4673

Date: 4-22-19          # of Pages (including cover sheet):

From: Jennifer Holland    Phone #: 334 734 0294

Subject:

Please see the attached document. This should go into effect ASAP! Please call if you have any questions!

Thank you!
Jennifer Holland

If you are not the intended recipient, do not disclose, copy, distribute or use this information. If you received this transmission in error, please call immediately to arrange return of the documents at no cost to you.

United States Bankruptcy Court
Northern District of Mississippi

## Notice of Bankruptcy Case Filing

UNITED STATES BANKRUPTCY COURT
FILED
04/19/2019
9:00 AM
NORTHERN DISTRICT OF MISSISSIPPI

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 04/19/2019 at 09:07 AM and filed on 04/19/2019.

**Jennifer Jane Holland**
304A Hwy 334
Oxford, MS 38655
SSN / ITIN: xxx-xx-1182

The bankruptcy trustee is:

**William L. Fava**
Post Office Box 783
Southaven, MS 38671
662-536-1116

The case was assigned case number 19-11683-JDW to Judge Jason D. Woodard.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.msnb.uscourts.gov or at the Clerk's Office, Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Shallanda J. Clay**
**Clerk, U.S. Bankruptcy Court**

This was
To Cash Express