

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| In Re: | ) | | |
|---|---|---|---|
| | ) | | |
| BRYAN PETER FERNANDES, | ) | Case No.: | 19-11032-JDW |
| | ) | | |
| Debtor. | ) | Chapter: | 7 |

**ORDER**

This matter came before the Court for hearing on August 13, 2019, on the Order to Show Cause for Failure to Appear (Dkt. #29) issued to Olufemi G. Salu, ordering him to appear and show cause as to why he should not be required to disgorge all or a portion of his attorneys' fees due to his failure to appear at the hearing on behalf of the Bryan Peter Fernandes (the "Debtor") on July 16, 2019. Mr. Salu appeared at the show cause hearing. He explained his absence at the prior hearing, which would have been good grounds for a continuance had he sought one. His failure to do so, however, was not appropriate. Mr. Salu followed no procedure or any other reasonable means to alert the Court or other parties of his need for a continuance. He did not seek a continuance from the Court, through a motion or otherwise. He did not seek an agreement with opposing counsel to continue the hearing. Instead a staffer in his office sent an email to the Trustee at 9:30 p.m. the evening before the hearing stating that Mr. Salu would not be at the hearing. Because the hearing had not been continued, the Trustee had no choice but to appear.

Mr. Salu also failed to inform his client, the Debtor, that he would be absent, and the Debtor also appeared at the hearing.  Both had to return for a second hearing, which should have been unnecessary.  For the reasons set forth above and on the record, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Olufemi G. Salu shall disgorge $300.00 of his attorney fee, which amount shall be refunded to the Debtor within 14 days.

##END OF ORDER##